UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDY BELL, KRISTIAN KINDER and
ELIZABETH OSTEEN,

    Plaintiffs,

v.                                        Case No: 8:17-cv-484-T-30CPT

THE CUPCAKE SPOT & SWEET, INC.
and CARLOS DELGADO,

    Defendants.

## ORDER

Before the Court is the Suggestion of Pendency of Bankruptcy Proceedings (Dkt. 66). At the pretrial conference on February 13, 2019, counsel for the parties consented to a stay of this action in light of the Suggestion of Bankruptcy. Accordingly, it is

ORDERED that:

1. The Clerk is directed to administratively CLOSE this case.

2. The Plaintiffs may move to reopen this case within fourteen (14) days after the resolution of the bankruptcy proceeding.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of February, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record